NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NASARIO CRUZ-BETANCOURT,       )
                               )
            Appellant,         )
                               )
v.                             )       Case No. 2D17-4361
                               )
STATE OF FLORIDA,              )
                               )
            Appellee.          )
_____)

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; William D. Sites, Judge.

Jose Baez of The Baez Law Firm, Miami,
for Appellant.

PER CURIAM.

            Affirmed.

CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.